IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-223-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**3. MICHAEL DEAN SPAULDING**

        Defendant.

---

## ORDER

Kane, J.

        Defendant's Motion to Correct Sentence Pursuant to Federal Rule of Criminal Procedure 35(a) is **DENIED**. The alternative Motion to Permit Defendant to Withdraw Plea Pursuant to Federal Rule of Criminal Procedure 11(d) is **GRANTED**. Defendant is permitted to withdraw his plea of guilty. This case will be reset for jury trial by separate order.

        Dated this 10th day of December, 2012.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          John L. Kane, Senior Judge
                                          United States District Court