IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                        SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam                  Date: December 6, 2012
Court Reporter: Mary George
Probation Officer: Gary Kruck

Criminal Action No.: 12-cr-00223-JLK-3

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Barbara S. Skalla

    Plaintiff,

v.

3.    MICHAEL DEAN SPAULDING,                    Anthony Viorst

    Defendant.

---

## SENTENCING MINUTES

---

**10:03 a.m.**    **Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Preliminary remarks by the Court.

**Change of Plea Hearing:** September 11, 2012.

**Defendant plead guilty to Count Three of the Indictment.**

Parties received and reviewed the presentence report.

Statement by Ms. Simpson, Defendant's mother.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:** Government's Motion Regarding Acceptance Of Responsibility (Filed 12/5/12; Doc. No. 88) is DENIED.

**ORDERED:** Government's Motion For Downward Departure Pursuant To U.S.S.G. § 5K1.1 (Filed 12/5/12; Doc. No. 87) is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count Three** to a term of imprisonment of **137** months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **4 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall reside in a residential reentry center for a period of up to 180 days to commence upon his release from the Bureau of Prisons and shall observe the rules of that facility.

**FINE:**

No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

**ORDERED:** **Pursuant to F.R.C.P. Rule 32.2, in the Defendant's admission to the forteiture allegation contained in the indictment, the Defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instants offense.**

Defendant is advised of the right to appeal.

Statement by Probation Officer.

**ORDERED:** **The Probation Officer will file an amendment to the conditions of supervised release, as specified.**

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:26 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 23 minutes.