IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-223-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**3. MICHAEL DEAN SPAULDING**

        Defendant.

---

# ORDER CORRECTING SENTENCING STATEMENT

Kane, J.

The Sentencing Statement read into the record by the court at Mr. Spaulding's Sentencing Hearing held on August 27, 2013 shall be amended to state that the "defendant shall participate in and successfully complete treatment for **substance abuse**", and not, as was erroneously stated, alcohol abuse.

Dated this 27th day of August, 2013.

        BY THE COURT:

        *s/John L. Kane*
        John L. Kane, Senior Judge
        United States District Court