IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Janet Coppock<br>Probation Officer: Gary R. Kruck | Date: August 27, 2013 |

Criminal Action No.: 12-cr-00223-JLK-3

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Barbara S. Skalla |
|     Plaintiff, | |
| v. | |
| 3.    MICHAEL DEAN SPAULDING, | Anthony Viorst |
|     Defendant. | |

## SENTENCING MINUTES

**2:03 p.m.**     **Court in session.**

Court calls case. Counsel present. Defendant present in custody.

**Bench Trial:**     July 22, 2013.

**Defendant found guilty to Counts One and Three of the Indictment.**

Preliminary remarks by the Court.

**ORDERED:**     Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [Filed 8/7/13; Doc. No. 141] is GRANTED.

**ORDERED:**     Government's Motion For Downward Departure Pursuant To U.S.S.G. § 5K1.1 and § 3553(e) [Filed 8/9/13; Doc. No. 143] is GRANTED.

Parties received and reviewed the presentence report.

Statement by Mr. Viorst.

Statement by Ms. Skalla.

2:25 p.m.     Statement by Defendant.

Comments and rulings by the Court.

**ORDERED:   Defendant's Renewed Motion For Downward Variance From Sentencing Guideline Range (Filed 8/9/13; Doc. No. 145) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**

Defendant is sentenced as to each of Counts One and Three to a term of imprisonment of **137 months**, such term to run concurrently.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years** on each of Counts One and Three, such term to run concurrently.

**The Court recommends that the Bureau of Prisons designate an institution with a substance abuse treatment program and that the defendant take advantage of that program during imprisonment.**

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**

      (X)    Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.

      (X)    Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer.

      (X)    Defendant shall reside in a residential re-entry center for a period of up to 180 days to commence upon release from the Bureau of Prisons and shall observe the rules of that facility.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 200.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:35 p.m.**    **Court in recess.**
Hearing concluded.
Total in-court time: 32 minutes.